# United States District Court
# Northern District of Texas
Dallas Division

UNITED STATES OF AMERICA

V.

Aleksandr Ryzhenkov

a.k.a Aleksandr Viktorovi3 Ryjenkov, Aleksandr Viktorovich Ryzhenkov, Aleksan Ryzhenkov, Mrakobek, Lizardking, J.d.m0rris0n, Jim Morrison, G, Guester, Kotosel

To: The United States Marshal
and any Authorized United States Officer

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:23-CR-098-E (1)

MAG. CASE NUMBER:

YOU ARE HEREBY COMMANDED to arrest   Aleksandr Ryzhenkov

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

■ Sealed Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Fraud and Related Activity in Connection with Computers; Intentional Damage to a Protected Computer; Transmitting a Demand in Relation to Damaging a Protected Computer; Conspiracy to Commit Money Laundering

in violation of Title   18

United States Code, Section(s)

371 (18 U.S.C. §§ 1030(a)(5)(A) and 1030(a)(7)(C)); 1030(a)(5)(A) and (c)(4)(B) and 2;  1030(a)(7)(C) and (c)(3)(A) and 2; 1956(h) and 1956(a)(2)(A)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

*Karen Mitchell* (signature)
Signature of Issuing Officer

United States Magistrate Judge Irma Carrillo Ramirez
Judge

3/22/2023
Date

Dallas, TX
Location

s/N. Taylor
(By) Deputy Clerk

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |