**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT - 1 2024

CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:23-CR-098-E |
| ALEKSANDR RYZHENKOV | FILED UNDER SEAL |
| a/k/a Aleksandr Viktorovi3 Ryjenkov | |
| a/k/a Aleksandr Viktorovich Ryzhenkov | |
| a/k/a Aleksan Ryzhenkov | |
| a/k/a Mrakobek | |
| a/k/a Lizardking | |
| a/k/a J.d.m0rris0n | |
| a/k/a Jim Morrison | |
| a/k/a G | |
| a/k/a Guester | |
| a/k/a Kotosel | |
| a/k/a Anonyminem | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America ("the government"), by and through the undersigned Assistant United States Attorney, respectfully moves for the Court to unseal the indictment numbered 3:23-CR-098-E, returned on March 21, 2023, and the arrest warrant as to defendant Aleksandr Ryzhenkov. As detailed in the indictment, the defendant was charged with multiple conspiracies including computer fraud and money laundering for his involvement in the BitPaymer ransomware scheme. Although the defendant has not yet been arrested and remains at-large overseas, the government anticipates the investigation into Rhyzenkov will be made public. The government, therefore, no longer believes that sealing is necessary to pursue justice or maintain the integrity of the investigation.

Govt's Mot. to Unseal Indictment – Page 1

The indictment was filed as a Highly Sensitive Document (HSD) pursuant to Miscellaneous Order 61-1; however, if the Court grants this motion, HSD treatment for the indictment will no longer be necessary.

For these reasons, the government respectfully requests the unsealing of the indictment and arrest warrant as to Ryzhenkov.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

/s/ *Vincent J. Mazzurco*
VINCENT J. MAZZURCO
Assistant United States Attorney
New York Bar No. 5474259
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.659.8805
E-mail: vincent.mazzurco@usdoj.gov
