IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEKSANDR RYZHENKOV<br>    a/k/a Aleksandr Viktorovi3 Ryjenkov<br>    a/k/a Aleksandr Viktorovich Ryzhenkov<br>    a/k/a Aleksan Ryzhenkov<br>    a/k/a Mrakobek<br>    a/k/a Lizardking<br>    a/k/a J.d.m0rris0n<br>    a/k/a Jim Morrison<br>    a/k/a G<br>    a/k/a Guester<br>    a/k/a Kotosel<br>    a/k/a Anonyminem | NO. 3:23-CR-098-E<br><br>**FILED UNDER SEAL** |

## ORDER TO UNSEAL THE INDICTMENT

Upon motion of the United States of America, for unsealing the Indictment filed March 21, 2023, in the above-referenced case, and the arrest warrant as to defendant Aleksandr Ryzhenkov, and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED that the Indictment and arrest warrant as to Ryzhenkov be unsealed.

SO ORDERED on this _1st_ day of _October_, 2024.

_____
HON. ADA BROWN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS